People v. Berry. Appeal from Wayne, Thomas Roumell, J. Submitted Division 1 September 28, 1971, at Detroit. (Docket No. 11413.) Decided October 29, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Thomas A. Maher*, for defendant on appeal.

Before: Lesinski, C. J., and J. H. Gillis and V. J. Brennan, JJ.

Memorandum Opinion. Defendant appeals as of right from his conviction upon a plea of guilty to the offense of indecent liberties with a child under 16 years of age.* Defendant questions the propriety of the guilty plea proceedings; the people have filed a motion to affirm. After reviewing the briefs and record, we conclude that the questions sought to be reviewed are so insubstantial as to need no argument or formal submission.

The motion to affirm is granted.


People v. Watley. Appeal from Wayne, Thomas J. Foley, J. Submitted Division 1 October 5, 1971, at Lansing. (Docket No. 11687.) Decided October 29, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Arthur G. Brauer*, for defendant on appeal.

Before: McGregor, P. J., and Bronson and Danhof, JJ.

Memorandum Opinion. Defendant Thaddeus E. Watley was convicted on a plea of guilty of attempted larceny by conversion, was sentenced to a term in prison, and appeals. After briefs on appeal were filed, the people filed a motion to affirm.

A careful examination of the record, the briefs and the motion indicates that the issues raised are so unsubstantial as to need no argument or formal submission.

The motion to affirm is granted.

---

* MCLA § 750.336 (Stat Ann 1954 Rev § 28.568).